United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POLLIANA W. TSOI,<br><br>             Plaintiff,<br>   v.<br><br>EPISCOPAL COMMUNITY SERVICES<br>OF SAN FRANCISCO,<br><br>             Defendant.<br>_____/ | **Case No. 14-02333 RS**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO EXCHANGE INITIAL DISCLOSURES AND FILE CASE MANAGEMENT STATEMENT** |

Plaintiff Polliana Tsoi, citing health problems, has moved to continue the Case Management Conference currently set for September 4, 2014, and to extend the time for the parties to exchange their initial disclosures and file case management statements with the court.  Good cause appearing, Tsoi's motion is granted.  The Case Management Conference shall be continued to November 6, 2014 at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.  Parties or counsel may appear personally or file a request to appear by

telephone. If any party files such a request, all parties shall appear telephonically at 11:00 a.m. and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

The parties shall file a Joint Case Management Statement on or before October 30, 2014, addressing all of the topics set forth in the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement, a copy of which is attached to this order. Because plaintiff is appearing pro se, the parties may file separate case management statements, as provided in Civil Local Rule No. 16-9. The parties shall exchange their initial disclosures, as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, on or before October 30, 2014.

IT IS SO ORDERED.

Dated: August 26, 2014

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE