United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

POLLIANA W. TSOI,

    Plaintiff,

v.

EPISCOPAL COMMUNITY SERVICES OF SAN FRANCISCO,

    Defendant.

Case No. 14-cv-02333-RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on February 19, 2015. After considering the Joint Case Management Statement submitted by the parties and consulting with the plaintiff and the attorney of record for defendants and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

SETTLEMENT CONFERENCE. The parties are hereby REFERRED to Magistrate Judge Maria-Elena James for the purpose of engaging in a settlement conference.

**IT IS SO ORDERED**.

Dated: February 19, 2015

_____
RICHARD SEEBORG
United States District Judge