UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLLIANA W. TSOI,<br><br>    Plaintiff,<br><br>    v.<br><br>EPISCOPAL COMMUNITY SERVICES OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 14-cv-02333-RS   (MEJ)<br><br>**NOTICE OF CONTINUANCE OF SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 32 |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Court has become unavailable and that the settlement conference scheduled for June 26, 2015, at 10:00 a.m., in Chambers, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102 **has been continued until August 7, 2015 at 10:00 a.m**.

Settlement Conference statements, if not previously submitted, shall be lodged with Chambers no later than **July 30, 2015**.  All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge MARIA-ELENA JAMES 's chambers at 415-522-4708 immediately if this case settles prior to the date set for settlement conference.

**IT IS SO ORDERED.**

Dated: June 22, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge