UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLLIANA W. TSOI,<br>    Plaintiff,<br>    v.<br>EPISCOPAL COMMUNITY SERVICES<br>OF SAN FRANCISCO,<br>    Defendant. | Case No. 14-cv-02333-RS<br><br>**ORDER TO SHOW CAUSE** |

As set out in the Report and Recommendation of the magistrate judge assigned to conduct a settlement conference in this action (Dkt. No. 45), plaintiff has failed to comply with multiple court orders. Accordingly, on October 1, 2015 at 1:30 p.m. in Courtroom 3, Seventeenth Floor, of the Court, located at 450 Golden Gate Avenue, plaintiff shall appear and show cause why this action should not be dismissed for her failure to comply with those orders.

Any declaration in opposition to dismissal shall be filed no later than September 24, 2015. Plaintiff is strongly encouraged to type any filings she submits. Plaintiff shall make every effort to ensure her papers are as legible as possible, if handwritten. Plaintiff shall, at a minimum, leave one blank line between each line of text, if she continues using the lined paper templates she has previously utilized.

1  **IT IS SO ORDERED**.

3  Dated: September 9, 2015

_____
RICHARD SEEBORG
United States District Judge