UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLLIANA W. TSOI,<br><br>    Plaintiff,<br><br>    v.<br><br>EPISCOPAL COMMUNITY SERVICES<br>OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 14-cv-02333-RS<br><br>**FINAL CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE** |

As described in prior orders and reflected in the record herein, plaintiff has repeatedly sought continuances of court dates in this matter, and/or simply failed to appear as ordered, to the extent that it has not been possible for the case to progress. After plaintiff's most recent failure to appear, she was ordered to show cause why the case should not be dismissed, and was advised that no continuances of the hearing on that order would be granted.

Plaintiff nonetheless now seeks to continue the deadline for her response and the hearing. While plaintiff's hand-written pleadings remain difficult to decipher, the gist of her argument that she needs a continuance is as follows:

While on a shopping trip on December 5, 2015, plaintiff observed at least five "suspected recruits" and one "confirmed recruit" of her "adversaries/persecutors" trying to get close to her, for the purpose of infecting her with "some form of vermin such as bedbugs or scabies." Plaintiff has subsequently experienced skin irritation. As a result, plaintiff has lost "critical time and energy" taking "pest control measures." She now wishes to "keep her schedule open" during this

month, so that she can attend to certain eye surgery procedures. Plaintiff therefore requests that her deadline to file a responsive declaration be extended to February 11, 2016 and the hearing on the order to show cause be continued to February 18, 2016.

Plaintiff's current request is a further demonstration of the pattern of conduct that is tantamount to a failure to prosecute her claims and which supports a conclusion that she cannot or will not take the necessary actions to advance this litigation. Nevertheless, in light of her pro se status and given that the current deadlines were set without her advance knowledge or consent, she will be given one final continuance. Accordingly plaintiff must file her responsive declaration no later than February 11, 2016, and must appear at the hearing on February 18, 2016, at 1:30 p.m. in Courtroom 3, on the 17th Floor of 450 Golden Gate Avenue, San Francisco, CA. These are the deadlines she specifically requested. Any failure to comply with this order will support dismissal of the action without further notice.

**IT IS SO ORDERED**.

Dated: January 8, 2016

_____
RICHARD SEEBORG
United States District Judge