UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

POLLIANA W. TSOI,

    Plaintiff,

v.

EPISCOPAL COMMUNITY SERVICES OF SAN FRANCISCO,

    Defendant.

Case No. 14-cv-02333-RS

**ORDER DISMISSING CASE**

Plaintiff Polliana W. Tsoi has failed to comply with multiple court orders, including the order entered January 8, 2016 (Dkt. No. 59) requiring her to file a declaration no later than February 11, 2016 and to appear on this date to show cause why this matter should not be dismissed. For the reasons identified in the January 8th order, and the underlying order to show cause filed December 21, 2015 (Dkt. No. 57), this action is hereby dismissed, and the Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: February 18, 2016

_____
RICHARD SEEBORG
United States District Judge